# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-313-RJC-DCK

| | |
|---|---|
| LEILONNI DAVIS, ASHLEY SAFRIT, and LAUREN WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TMC RESTAURANT OF CHARLOTTE LLC, d/b/a The Men's Club,<br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Joseph L. Ledford, concerning Matthew J. Hoffer on August 31, 2018. Mr. Matthew J. Hoffer seeks to appear as counsel *pro hac vice* for Defendant TMC Restaurant of Charlotte, LLC d/b/a The Men's Club. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED**. Mr. Matthew J. Hoffer is hereby admitted *pro hac vice* to represent Defendant TMC Restaurant of Charlotte, LLC d/b/a The Men's Club.

**SO ORDERED**.

Signed: September 4, 2018

David C. Keesler
United States Magistrate Judge