**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-313-RJC-DCK**

| | |
|---|---|
| LEILONNI DAVIS, ASHLEY SAFRIT, and LAUREN WILSON, </br></br> Plaintiffs, </br></br> v. </br></br> TMC RESTAURANT OF CHARLOTTE LLC, d/b/a THE MEN'S CLUB, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) **ORDER** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Limited Stay Of Proceedings" (Document No. 22) filed May 20, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Limited Stay Of Proceedings" (Document No. 22) is **GRANTED**. The parties shall have up to and including **July 5, 2019** to file a Notice Of Settlement. If the parties are unable to resolve this matter, Plaintiff Davis shall file her Opposition to Defendant's Objection (Document No. 21) to the Magistrate Judge's Memorandum and Recommendation (Document No. 20) on or before **July 15, 2019**.

**SO ORDERED**.

Signed: May 21, 2019

David C. Keesler
United States Magistrate Judge