FILED: June 1, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2167
(3:18-cv-00313-RJC-DCK)

_____

LEILONNI DAVIS

       Plaintiff - Appellee

and

ASHLEY SAFRIT; LAUREN WILSON

       Plaintiffs

v.

TMC RESTAURANT OF CHARLOTTE, LLC, d/b/a The Men's Club

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered May 07, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*